UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANE DECKER,<br><br>                    Plaintiff,<br><br>  vs.<br><br>UNIGARD INSURANCE COMPANY, a foreign corporation,<br><br>                    Defendant. | No. 2:19-cv-01842-BJR<br><br>JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: April 2, 2020.

///

JOINT STIPULATION
AND ORDER FOR DISMISSAL
WITH PREJUDICE   - 1

HARDWICK & PENDERGAST, P.S.
555 S. RENTON VILLAGE PL., SUITE 640
RENTON, WA 98057
PH (425) 228-3860 FAX(425) 226 - 4988

/s/ Mark Iodice
Mark Iodice, WSBA #47608
Hardwick & Pendergast, P.S.
555 S. Renton Village Pl., Suite 640
Renton, WA (425) 228-3860
Counsel for Plaintiff Decker

/s/ Donald J. Verfurth
Donald J. Verfurth, WSBA #15554
Gordon Rees Scully Mansukhani
701 Fifth Avenue, Suite 2100
Counsel for Defendant Unigard Insurance Company

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: April 3, 2020

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

JOINT STIPULATION
AND ORDER FOR DISMISSAL
WITH PREJUDICE     - 2

**HARDWICK & PENDERGAST, P.S.**
555 S. RENTON VILLAGE PL., SUITE 640
RENTON, WA 98057
PH (425) 228-3860 FAX(425) 226 - 4988